AO 450 (Rev. 5/85)

# United States District Court
EASTERN DISTRICT OF NORTH CAROLINA
**WESTERN DIVISION**

| | |
|---|---|
| JAMES JONES,<br>   Plaintiff,<br><br>v.<br><br><br>MCNUTT SERVICE GROUP<br>and SHEER COMFORT HEATING<br>AND AIR,<br>   Defendants | )<br>)<br>)<br>)<br>)<br>)  **JUDGMENT IN A CIVIL CASE**<br>)  **CASE NO. 5:10-CV-84-D**<br>)<br>)<br>) |

**Decision by the Court:**

  **IT IS ORDERED AND ADJUDGED** that plaintiff has failed to state a claim upon which relief can be granted against either defendant. Thus, the court grants McNutt Service Group's motion to dismiss [D.E. 9] and grants Sheer Comfort Heating and Air's motion to dismiss [D.E. 14].

**THE ABOVE JUDGMENT WAS ENTERED TODAY**, <u>**JULY 26, 2010**</u> WITH A COPY TO:

James Jones (via United States Postal Service)
Andrew L. Fitzgerald via (CM/ECF Notice of Electronic Filing)
Brian D. Gulden (via CM/ECF Notice of Electronic Filing)


<u>July 26, 2010</u>            DENNIS P. IAVARONE, Clerk
Date                Eastern District of North Carolina
                   <u>/s/ Debby Sawyer      </u>
_____              (By) Deputy Clerk
Raleigh, North Carolina